<HTML>
<HEAD>
<META NAME="Generator" CONTENT="WordPerfect 9">
<TITLE></TITLE>
</HEAD>
<BODY TEXT="#000000" LINK="#0000ff" VLINK="#551a8b" ALINK="#ff0000" BGCOLOR="#c0c0c0">


TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN













NO. 03-98-00400-CV








Texas Workers' Compensation Insurance Facility, Appellant





v.






The Miles Group, Inc., Rudolph Miles & Sons, Inc., Miles Transportation/Distribution,




Inc., Miles Data, Inc., RM Personnel, Inc., Rudolph Miles Warehouse, Inc.,




Precision Personnel Services, Inc. d/b/a Precision Temporary Services,




Rudolph Martin Miles, Edgar P. Miles, Michael M. Miles, Daniel Miles,




Cecilia Ellerbe Mulvhill, J. Paul Henderson Agency, Inc.,




and James R. Moye, Appellees















FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT



NO. 96-04669, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING 










After this appeal was orally argued, the parties filed an agreed motion requesting
that this Court reverse the trial-court judgment that dismissed the cause for lack of subject-matter
jurisdiction without prejudice. The parties requested that we remand for rendition of an agreed
judgment dismissing the claims with prejudice. 




Based on the settlement of the parties and not on any assessment of the merits of
the appeal, we reverse the judgment of the trial court and remand for rendition of a judgment
pursuant to the parties' agreement.












Lee Yeakel, Justice



Before Justice Jones, B. A. Smith and Yeakel



Reversed and Remanded on Agreed Motion



Filed: October 21, 1999



Do Not Publish


</BODY>
</HTML>